[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

RECEIVED
AUG 16 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States District Court
Northern District of Illinois

Dominiqué E. Bergeron )
Plaintiff )
)
)
v. )    1:24-cv-07391
Credit Acceptance Corp, )    Judge John J. Tharp
Universal )    Magistrate Judge Heather K. McShain
Acceptance Corporation, )    RANDOM / CAT 2
Defendant )
Car Hop, Thadius Global Solutions LLC
NCB Management Services LLC

# COMPLAINT

A. The Creditor Universal Acceptance Fraudulently Presents 1. Buying the debt, 2. The debt (itself)

- Universal Acceptance was the original creditor and was paid.
- They also recieved the vehicle back.
- Plaintiff paid the collection agency twice to close the debt

B. The offer came to refinace the vehicle loan that the Plaintiff had with Capital One. At no time during the offer, transfer, or payout did Universal state D.B. had an outstanding balance/debt owed to them. Once the balance was paid from the transfer. The defendents fraudulize a debt in the middle of a mortgage loan that prevented the closure.

C. • Not sending itemized statements showing payments prior or when collecting a debt.

Demand 140,000 dollars Cash or Cash App

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Dominique Bergeron

vs

CarHop, Radius Global Soultions LLC
Universal Acceptance Corporation

Complaint (con't)

D. Having a class action against the company and not notifying previous customers.

Remand
140,000 dollars american cash or Cash App.

*D. Bergeron* (signature)
D. Bergeron

Case: 1:24-cv-07391 Document #: 1 Filed: 08/16/24 Page 3 of 9 PageID #:3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**United States District Court**
**Northern District of Illinois**

Dominique Bergeron
Plaintiff

v.

Universal Acceptance Corp,
NCB Management Services Inc
Defendant
Credit Acceptance Corp, Car Hop
Radius Global Solutions LLC

COMPLAINT

1) Conspiricizing with Credit Acception, Car Hop, and Universal Acceptance Corporation to
2) Fraudulently present a debt previously collected. When making any Payment with creditors we trust that Processing will correctly go through ~~the debts~~

3) Not sending itemized statements showing debts, payments.

Demand
15,000 dollars cash or cash App Payment

[signature]

Case: 1:24-cv-07391 Document #: 1 Filed: 08/16/24 Page 4 of 9 PageID #:4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

United States District Court
Northern District of Illinois

Plaintiff

Dominique Bergeron

v.

Universal Acceptance Corp
Credit Acceptance Corp
NCB Management Solutions LLC
Car Hop
Radius Global Solutions LLC

Defendant

**COMPLAINT**

1) Plaintiff Paid Radius Solutions LLC for a flase debt.

2) The recepit sent laeks the amount Paid continuing the fraudulenty of collection. No documents vaildizing debt was sent or recieved

3) Fail to show original amount borrowed

4) Not sending itemized statements

Demand 15,000 dollars cash Payment, or cash App.

*[signature]*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Dominique E. Bergeron )
Plaintiff )
)
)
v. )
Universal Acceptance Corp, )
Credit Acceptance )
Defendant )
Corporation, CarHop )
NCB management
Services LLC
Radius Global Solutions LLC

United States District Court
Northern District of Illinois

COMPLAINT

1) Failing to State or make aware that the competor is an affilate piror to accepting the auto loan finace.

2) At no time piror, during or after did the defendents inform plaintiff of an old debt.

3) Failing to show monthly payment amounts

4) Not sending itemized statements

Demand
40,000 dollars. cash or cash App payment

Grand total
210,000 Dollars



Prepared For D████████████ B██████  Date generated: Sep 28, 2021

## Collection accounts

**●NCB MANAGEMENT SERVICE**                                                                                      $2,868

Original creditor: UNIVERSAL ACCEPTANCE CORPORATI                                                                 Closed

### Account info

| | | | |
|---|---|---|---|
| Account name | NCB MANAGEMENT SERVICE | Balance | $2,868 |
| Account number | 27XXXX | Balance updated | Sep 18, 2021 |
| Original creditor | UNIVERSAL ACCEPTANCE CORPORATI | Original balance | $2,868 |
| Company sold | - | Monthly payment | - |
| Account type | Debt Buyer | Past due amount | - |
| Date opened | Mar 21, 2016 | Terms | 1 Month |
| Status | Seriously past due date / assigned to attorney, collection agency, or credit grantor's internal collection department | Responsibility | Individual |
| | | Your statement | - |
| Status updated | Mar 2016 | | |

### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | C | C | C | C | C | - | C | C | C | - | - | - |
| 2020 | C | C | C | - | C | C | C | C | C | C | C | C |
| 2019 | - | C | C | C | C | C | C | C | C | - | C | C |
| 2018 | C | C | C | C | C | C | C | C | C | C | C | C |
| 2017 | C | C | C | C | C | C | C | C | C | C | C | C |
| 2016 | - | - | - | - | - | C | - | - | C | C | C | C |

C  Collection            —  Data Unavailable

### Contact info

| | |
|---|---|
| Address | 1 ALLIED DR TREVOSE, PA 19053 |
| Phone number | (303) 309-3839 |

### Comments

-



Prepared For D██████████ B███████　　Date generated: Sep 28, 2021

## ⊙CREDIT ACCEPTANCE CORP　　　　　　　　　　　　　　　　　　　　　　　　　Closed
Exceptional payment history

### Account info

| | | | |
|---|---|---|---|
| Account name | CREDIT ACCEPTANCE CORP | Balance | - |
| Account number | 968628XX | Balance updated | Aug 04, 2020 |
| Original creditor | - | Original balance | $15,549 |
| Company sold | - | Monthly payment | - |
| Account type | Auto Loan | Past due amount | - |
| Date opened | Dec 04, 2019 | Terms | 72 Months |
| Open/closed | Closed | Responsibility | Individual |
| Status | Paid satisfactorily | Your statement | - |
| Status updated | Aug 2020 | | |

### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | ✓ | ✓ | ✓ | — | ✓ | ✓ | ✓ | NA | — | — | — | — |
| 2019 | — | — | — | — | — | — | — | — | — | — | — | ✓ |

✓ On Time　　　NA No Applicable Payment History　　— Data Unavailable

### Contact info

| | |
|---|---|
| Address | PO BOX 513 SOUTHFIELD, MI 48037 |
| Phone number | By mail only |

### Comments

·

P.O. Box 1259, Dept. #126233
Oaks, PA 19456

**Return Mail Only - Do not send mail to this address**



Radius
Global
Solutions LLC

7831 Glenroy Rd., Suite 250-A
Minneapolis, MN 55439
(833) 386-0445
MONDAY-THURSDAY 8AM-9PM, AND FRIDAY 8AM-5PM
SATURDAY 8AM-12PM
CENTRAL TIME

February 16, 2022
Radius Global Solutions #: 003-32834190

DOMINIQUE BERGERON
PO BOX 8037
SAINT PAUL MN 55108-0037

**Account(s) in our office:**

**Current Creditor:**  NCB Management Services Inc.

**Original Creditor:** UNIVERSAL ACCEPTANCE CORPORATION

**Debt Description:**
UAC MN

**Account #:**
001

Dear DOMINIQUE BERGERON

The above referenced Account(s) have been resolved for less than the full balance. Final payment to resolve the Account(s) was made on 12/02/2021.  Provided that any payments you made are not returned unpaid, no further collection attempts will be made.

Sincerely,
Radius Global Solutions

This communication is from a debt collector.  Calls to or from this company may be monitored and recorded.

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

126235-SCN00001-16

This collection agency is licensed by the Minnesota Department of Commerce.

Case: 1:24-cv-07391 Document #: 1 Filed: 08/16/24 Page 9 of 9 PageID #:9